**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **JAMES NELSON**, | ) | **CASE NO. 04-43427** |
| | ) | |
| Debtor(s). | ) | Honorable Eugene R. Wedoff |

**NOTICE OF TRUSTEE'S FINAL REPORT,**
**HEARING ON APPLICATIONS FOR COMPENSATIONS, AND**
**HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

> At:    United States Bankruptcy Court
> 219 South Dearborn Street
> Courtroom 744
> Chicago, Illinois 60604

> On:    **July 15, 2008**    Time:  **10:00 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court.   **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3.    The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. | Receipts | $160,275.21 |
| b. | Disbursements | $145,584.70 |
| c. | Net Cash Available for Distribution | $ 14, 690.51 |

1660494.1

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $10,513.76 | $47.75 |
| Jenner & Block LLP<br>Attorney/Trustee | $0.00 | $0.00 | $0.00 |
| N/A<br>Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6.   In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7.   Claims of general unsecured creditors totaling $11,415.06 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 36.1715%.  Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | State Farm Bank Specialized Collections<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | $11,415.06 | $4,129.00 |

1660494.1

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10.     The Debtor has been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

        0.00

Dated:   **June 4, 2008**                          For the Court,

                                           **KENNETH S. GARDNER**
                                           Kenneth S. Gardner
                                           Clerk of the U.S. Bankruptcy Court
                                           219 S. Dearborn Street, 7th Floor
                                           Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:     (312) 923-2981
FAX:   (312) 840-7381

1660494.1

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7           Page 1 of 1              Date Rcvd: Jun 04, 2008
Case: 04-43427               Form ID: pdf002        Total Served: 15

The following entities were served by first class mail on Jun 06, 2008.
db          +James Nelson,   1280 Columbia,   Crete, IL 60417-2136
aty         +Phillip W. Nelson,   Jenner & Block, LLP,   330 North Wabash Avenue,   Chicago, IL 60611-7603
aty         +Steven O Hamill,   Steven O Hamill  Attorney at Law,   3843 West 95th Street,
             Evergreen Park, IL 60805-2020
tr          +Ronald R Peterson,   Jenner & Block,   One IBM Plaza  38th Fl,   Chicago, IL 60611-3586
8712177      BANK ONE,   CARDMEMBER SERVICE,   PO BOX 15153,   WILMINGTON, DE 19886-5153
8712178     +CARMAX PLATINUM MASTERCARD,   PO BOX 13174,   MILWAUKEE, WI 53213-0174
8712179      CHASE PLATINUM MASTERCARD,   PO BOX 52126,   PHOENIX, AZ 85072-2126
8712180      CITI CARDS,   PO BOX 6416,   THE LAKES, NV 88901-6416
8712181     +CITI SMART CARD,   PO BOX 6000,   THE LAKES, NV 89163-0001
8712182     +CROWN MORTGEG,   6141 WEST 95TH STREET,   OAK LAWN, IL 60453-2786
8712183      FLEET CREDIT CARD SERVICES,   PO BOX 15167,   WILMINGTON, DE 19850-5167
8712184      STATE FARM BANK,   PO BOX 23025,   COLUMBUS, GA 31902-3025
11205559     State Farm Bank Specialized Collections,   c/o Becket and Lee LLP,   POB 3001,
             Malvern PA 19355-0701
8712185    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. BANK,   PO BOX 790179,   ST. LOUIS, MO 63179-0179)
11565365     eCAST Settlement Corporation assignee of,   Chase Bank USA NA,   POB 35480,
             Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8712176      JAMES NELSON,   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
                                                                           TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2008**          **Signature:** _Joseph Speetjens_